UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY FRANCIS BOOK,

    Petitioner,

v.                                          Case No. 17-CV-217 (JNE/TNL)
**ORDER**

TOM WATSON, *Warden FCI Sandstone*,

    Respondent.

This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Tony N. Leung, United States Magistrate Judge, on March 20, 2017. (Dkt. No. 6.) Neither party objected to the R&R. After reviewing the record, the Court accepts the R&R's recommended disposition. *See* 28 U.S.C. § 636(b)(1).

Therefore, IT IS ORDERED THAT:

1. Petitioner Anthony Francis Book's motion to amend [Dkt. No. 4] is GRANTED.

2. Petitioner Anthony Francis Book's petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Dkt. No. 1, as amended by Dkt. No. 4] is DENIED WITHOUT PREJUDICE.

3. Petitioner Anthony Francis Book's motion for appointment of counsel [Dkt. No. 2] is DENIED AS MOOT.

4. Petitioner Anthony Francis Book's application to proceed in forma pauperis [Dkt. No. 3] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 27, 2017.

                                                          s/Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge